IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00075-RJC-DCK

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JOHAN OLIVIER ALVAREZ VARGAS, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the government's Motion to Dismiss, (Doc. No. 245), the Indictment, (Doc. No. 37), without prejudice. Since the return of the Indictment in 2011, the defendant has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the government's motion, (Doc. No. 245), is **GRANTED** and the Indictment, (Doc. No. 37), is **DISMISSED** without prejudice as to Johan Oliver Alvarez Vargas.

Signed: September 15, 2023

Robert J. Conrad, Jr.
United States District Judge